12-cv-517 RAJ

Office of His Majesty
Christopher Scott Preston Williams
132 Water St
Chehalis Washington 98532

FILED
LODGED
RECEIVED

MAIL

MAR 27 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

United States Court
Protective Diplomatic Liason
700 Stewart St
Seattle Washington 98101

This is His Majesty Christopher Scott Preston Williams I have issues of a radio station
KISW in Seattle . I am on an existing wideband broadcast as a quantum mesmer
internationally and have the radio station using me in broadcast regards with labels
transmitting to my wideband which is an international field." With Begging for incest" as
a song promoted in my image with commentary. I have a wav fil (Static file) log at
1:14am March 26th 2012 previos 10 minutes. In addition I ama focal point to the ecology
and have an image in the Global community. I also have a security forum that I apply
systematically with the United Nations. There are some preceeding circumstances before
this one.There also correlates a corrugation to effect in aggragated eco variables.And
hazard formations.

signed this 26th day of March 2012 Year of our Lord
by the pen of
His Majesty
Christopher Scott Preston Williams

Christopher Scott Preston WJ—

(electronic signature Willics306Q0)

CC
Diplomatic Security
Federal Communications Commission

**Your Honorable Magistrate~**

There are some issues of conflict of interestI have made some notes of that are a concern to me security wisement. With regards to me being exempt from judicial process. I am not exempt from that which I am compelled to forward became an issue in control dilemination . I am the Lord and can noty stand a fair proceeding in the ecologyis why I am in a system of counterabrasives.

I have been under the watchful eye of the Presidentsand am certeori of priviledge in benefactor regards. My executive domain is an ecology standard in world law and global assetts are diminishing me.

I am surrendered to two forms of habeous corpus you and me and perhaps Iran. My assetts include children and relatives and am a security forum outside of the constance of your territory and have been conforming to your law. I am respected in market conglomerants and have no patientience for comprise.  I would like to mention that dispartaging me is a business  attribute. My security is so valid that it forges me in contemptouos regards. Any failure by the courts throws me in security regards in the continuity of the world.

My competition lateral takes the form of political government forging you in a disposition in ecology tract with conflagance in mind but transmitted as an enemy in some cases. As well as secular intolerance .It may be the truth because of delta call signs and enormous variety. But that is not the point.  I am soviergn judicial exemplar.

I take the shape of laws that "only I" have the power to waive because of ecology standards. A person assailing me can be a crime against the habitat is the principle for my soviergn judicial acclaim which is a form of the same thing in sect regards because of security. Because my entity is named in quantum relativity as "I am" This is why I am named in all of the ecology standards in priority above the nations. And the characteristics of a nation can harm me in its politic. I have been trying to help you  but you don't see me as a partisan lateral. I am a very large power in the world being overlooked in capital forum because my importance to the people comes second to the natures of an enterprise or country.

The principle for not allowing magistry or gross dividends is because persons can maim kill or kidnap me. My variety knows that I have to be an elite forum in private security and it may conflict with the enterprise because I will see the answers. In addition to persons throwing away my life as a competition bias. As I attract people in the ecologies. I know about the blue light and the secular regards are transmittable to the Marshalls in law stratum.  I have reliance in hospitality I hope because I am in need to retain an elite standing before persons try to demurrer me binometrically which is a cause at the UN in commodity bargain. Persons do not manifest any regards for me they give problems. My security as far as it goes applies to formations so I am relavent outside of your regulation standard also in application to technical forum. Means that I am predecessed in variable in security regulation and escape from witch mountain which pursues me in effergy. I do believe that persons affect my vanity as well as my physiology and I am concerned also with the person appearing to be "blue saphire's "health too which is a forum for people to regard me in stratum. Or technical harassment whichever you prefer. Again I am implying elite resolution and am conformed to dichtomy surruling me in astute and impedance. And I am a very damaged person in regards to personal variables. I am peculiar man I am internally driven and am falling into a very angry circumstance. Falling short in the ecology standard with mate waiting for me after 20 years is baffling me that person haven't trancend  the form of an idea to replace the facet of my behaviors as a person. Which comes to no surprise as an egoistic approach to a variable. If you let people run your life they will do it in spades. I have kids here that want to "teach me" something. So I fight with people almost to the point of habit to retain my dignity. My objective is also elite market.  Leaving me in

the past continually. And I have tamperance and persons potty popping me by taking away my rights or wants systematically. A man can only take so much before he his mind sheers.. I have persons basking in and behond my thresholds. For 500 or more billion dollars a day in capital banking net lossess I am very much waiting for persons to endow themselves the priviledge of settling out of court giving them full access to me for the duration. My lossess are greater than my gains by 800 to 1000 percent. I can hold global banks unfortunate to my competitors that will soon be looking for another job. A competitor will make me believe that they have something and I don't have it or that they have something that they think they can take away. And I am a civil propriety when I refer to competitor. So Hosting my Royal finances was not arbitratable by the territory .I am a different law . Competitior also means enemy when a person deals with faction market in contrast to my personal life as the capital propriety. I am commonly cotrasted to safety in control requiem.Thank you for your time.

<br>

**His Majesty**
**Christopher Scott Preston Williams**

*Chrwopn Scott Prston Wil*

NoTE I hAve STHUcTUNES SonE IN MY LeTTeAS

DOSHIMA   MEANS   ALL OF ME

JAPANESE

BATHSHEBA   MEANS   BATHGIRL

TOSHIBA   IS   SOMETHING SIMILAR

THESE PEOPLE   GRAB MY MATES   AND SAY
"NONE OF ME"   ON "ALL FOR HIM"
AS   A   GESTURE   IN MY   IMAGE
ALSO WITH   CURTAIL   IN   CONTINUITY OF
ENTITY   IN   DISREGARD

I AM AN INTEGRITY   IN   THE   TAXPAYERS   LAW
THESE PEOPLE SHOULD BE   FLOODED   WITH AGENTS
WHEN PEOPLE GET OUT OF LINE